DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BENS HILAIRE,**
Appellant,

v.

**COURTNEY GABRIELLE WILLIAMS,**
Appellee.

No. 4D2025-3584

[July 9, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Darren Dunifon Shull, Judge; L.T. Case No. 502022DR011239XXXXMB.

Bens Hilaire, Boynton Beach, pro se.

Courtney Gabrielle Williams, Boynton Beach, pro se.

PER CURIAM.

*Affirmed.*

GERBER, FORST and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***